SUMMERS, APPELLANT, *v.* BOARD OF REVISION OF CUYAHOGA COUNTY ET AL., APPELLEES.

[Cite as Summers v. Board of Revision, 5 Ohio St. 2d 219.]

(No. 39666—Decided March 16, 1966.)

220

Messrs. *Hribar & Conway* and *Mr. Harvey S. Morrison*, for appellant.

*Mr. John T. Corrigan*, prosecuting attorney, and *Mr. Thomas P. Cyrus*, for appellees.

*Per Curiam.* The decision of the Board of Tax Appeals is reversed and the cause remanded to the board for further consideration in light of *Koblenz* v. *Board of Revision*, 5 Ohio St. 2d 214.

*Decision reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL and HERBERT, JJ., concur.

SCHNEIDER and BROWN, JJ., dissent.